IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL ANTHONY CARTER,              )
                                     )
            Petitioner,              )
                                     )
                                     )     1:04CV01018
     v.                              )     1:00CR64-1
                                     )
UNITED STATES OF AMERICA,            )
                                     )
            Respondent.              )

O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U S C § 636(b) and, on June 3, 2005, was served on the parties in this action   Petitioner objected to the Recommendation

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report   The court therefore adopts the Magistrate Judge's recommendation

**IT IS THEREFORE ORDERED** that Respondent's motion to dismiss this action for being filed beyond the one-year limitation period [Pleading No 87] be **GRANTED**, that Petitioner's motion to vacate, set aside or correct sentence [Pleading No 85] be **DENIED**, and that this action be dismissed with prejudice   A judgment dismissing this action will be entered contemporaneously with this Order   Finding no substantial issue for appeal

concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

United States District Judge

Date October 3, 2005

Case 1:00-cr-00064-CCE   Document 94   Filed 10/03/05   Page 2 of 2